STEVEN A. SEIDEN
Attorney at Law
13658 Hawthorne Blvd., Suite 100-C
Hawthorne, CA. 90250
Telephone: (310) 644-5003
Facsimile:  (310) 644-5924
State Bar No. 80649

Attorney for Defendant: MICHELE PICKERELL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

MICHELE PICKERELL,

                Defendant.

Case No. 17-CR-00188-LJO-SKO-5

ORDER GRANTING
STIPULATION AND REQUEST,
ALLOWING DEFENDANT TO TRAVEL

      The Court has read and considered the parties' Joint Stipulation and Request regarding the request of defendant, Michele Pickerell, to travel to Rio de Janeiro, Brazil, between the dates of May 24, 2018, and June 10, 2018, and for good cause having been shown:

      IT IS HEREBY ORDERED that the defendant shall be allowed to travel according to the dates specified in this request and for Pre-Trial Services to temporarily allow the defendant to possess her United States and Brazilian Passports, to be returned to Pre-Trial Services upon return to the United States.

IT IS SO ORDERED.

Dated: __**May 10, 2018**__                               /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE