STEVEN A. SEIDEN
Attorney at Law
13658 Hawthorne Blvd., Suite 100-C
Hawthorne, CA. 90250
Telephone: (310) 644-5003
Facsimile:  (310) 644-5924
State Bar No. 80649

Attorney for Defendant: MICHELE PICKERELL


UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-LJO-SKO-5 |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATION AND REQUEST, ALLOWING DEFENDANT TO BE RELIEVED OF PRETRIAL REQUIREMENTS FOR DRUG TESTING AND PSYCHOLOGICAL COUNSELING |
| MICHELE PICKERELL, | |
| Defendant. | |


The Court having read and considered the parties' Joint Stipulation and Request

regarding the request for defendant, Michele Pickerell, to be relieved of her pre-trial

requirements of drug testing and psychological counseling, and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall be relieved of any pre-trial

requirement of continued drug testing and psychological counseling at this time.

IT IS SO ORDERED.

Dated:     **October 1, 2018**                          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE